ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
L3 Technologies, Inc. ) ASBCA No. 61810
)
Under Contract No. FA8620-06-G-4002 *et al.* )

APPEARANCES FOR THE APPELLANT: Karen L Manos, Esq.
Erin N. Rankin, Esq.
  Gibson, Dunn & Crutcher LLP.
  Washington, DC

APPEARANCES FOR THE GOVERNMENT: Arthur M. Taylor, Esq.
  DCMA Chief Trial Attorney
Robert L. Duecaster, Esq.
  Trial Attorney

ORDER OF DISMISSAL

The dispute which is the subject of ASBCA No. 61810 having been settled, the appeal is hereby dismissed with prejudice subject to reinstatement only in the event the settlement is not consummated. Any request to reinstate the subject appeal must be filed within 180 days of the date of this Order.

Dated: July 1, 2019

CRAIG S. CLARKE
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61810, Appeal of L3 Technologies, Inc., rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals